UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALVIN JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC., a Washington Limited Liability Company, and PARAISO RELIANT DIRECT INSURANCE SERVICES, INC., a California Corporation,<br><br>Defendants. | No. 2:19-cv-01612-RSM<br><br>ORDER MODIFYING DATE BY WHICH DEFENDANT EFINANCIAL LLC'S AND DEFENDANT RELIANT DIRECT INSURANCE SERVICE, INC.'S RESPONSES TO THE COMPLAINT ARE DUE |

This matter comes before the Court on Defendants' Unopposed Motion to Modify Date by Which Defendants Efinancial LLC's and Defendant Reliant Direct Insurance Service, Inc.'s Responses to the Complaint are Due, and it is HEREBY ORDERED THAT:

Defendants shall respond to the Complaint on or before December 17, 2019.

//

//

//

//

ORDER (No. 2:19-cv-01612-RSM)

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

146529585.1

Dated this 5ᵗʰ day of December 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/* Nicola Menaldo
Nicola Menaldo, Esq
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000

Debra R. Bernard, Esq.
*Pro Hac Vice forthcoming*
ARDC No. 6191217
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Email: DBernard@perkinscoie.com

*Attorneys for Defendant Efinancial LLC and Reliant Direct Insurance Services, Inc.*

ORDER (No. 2:19-cv-01612-RSM)
146529585.1