HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN JONES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company, and PARAISO RELIANT DIRECT INSURANCE SERVICES, INC., a California Corporation,<br><br>Defendants. | No. 2:19-cv-01612-RSM<br><br>STIPULATION FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR: AUGUST 31, 2020 |

TO:   The Clerk of the Court

Plaintiff Calvin Jones and defendants eFinancial, LLC and Paraiso Reliant Direct Insurance Services, Inc., being the only parties who have appeared in this action, stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action shall be dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the class's claims, and without costs to either party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

STIPULATION FOR DISMISSAL OF ACTION
(No. 2:19-cv-01612-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 31st day of August, 2020.

By */s/ Eric R. Draluck*
Eric R. Draluck, WSBA No. 19881
Attorney at Law
PO Box 11647
Bainbridge Island, WA 98110
Telephone: (206) 605-1424
edraluck@gmail.com

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26th St.
Miami, FL 33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Attorneys for Plaintiff Calvin Jones*

By: */s/ Nicola C. Menaldo*
Nicola C. Menaldo WSBA # 44459
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  NMenaldo@perkinscoie.com

James G. Snell (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838-4300
Facsimile: 650.838.4350
Email:  JSnell@perkinscoie.com

Debra R. Bernard (*pro hac vice*)
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.3400
Facsimile: 312.324.9400
Email: DBernard@perkinscoie.com

*Attorneys for Defendant eFinancial, LLC and Paraiso Reliant Direct Insurance Services, Inc.*

STIPULATION FOR DISMISSAL OF ACTION
(No. 2:19-cv-01612-RSM) – 2